LESLIE CAROTHERS, COMMISSIONER OF ENVIRON-
MENTAL PROTECTION *v.* KEMENT AND SON
CONSTRUCTION, INC., ET AL.
(10337)

DALY, O'CONNELL and NORCOTT, Js.

Argued January 10—decision released January 28, 1992

*James W. Sherman,* for the appellants (defendants).

*Robert B. Teitelman,* assistant attorney general, with whom, on the brief, was *Richard Blumenthal,* attorney general, for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed.